UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Trustees of the Fourth District
International Brotherhood of Electrical
Workers Health Fund, et al.,

    Plaintiffs,

v.

Lashley Electric, Inc.,

    Defendants.

Case No. 2:05cv745

Judge Michael H. Watson

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the October 5, 2005 Magistrate Judge's Report and Recommendation (Doc. 7).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). To date, no objections to the October 5, 2005, Magistrate Judge's Report and Recommendation have been filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. § 636, the Court finds no error in the Magistrate Judge's Report and Recommendation. Accordingly, the October 5, 2005, Magistrate Judge's Report and Recommendation is hereby **ADOPTED.** The Motion for Entry of Default (Doc. 5) filed by Plaintiffs is denied. Accordingly, Plaintiffs' Motion for Default Judgment (Doc. 6) is hereby **DENIED.**

*/s/ Michael H. Watson*
Michael H. Watson
United States District Judge